No. 01–8705. WELCH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–8713. SAHU v. MAYO FOUNDATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–8730. SELLARS v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–8739. BARBER v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–8754. CARROLL v. HUCKABEE, GOVERNOR OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–8755. BRAXTON v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–8778. GARNER v. BELL, SUPERINTENDENT, PENDER CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 01–8784. LEARY v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–8791. HUMPHREY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 01–8815. MARSHALL v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 01–8832. COOK v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–8836. SMITH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–8852. DIBENEDETTO v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION-NORFOLK, ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–8858. K. F. v. UTAH. Ct. App. Utah. Certiorari denied.